USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/1/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOEL NIEVES, JR.,

                Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

No. 15-CV-4460 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On June 1, 2015, Plaintiff Joel Nieves, proceeding *pro se*, filed a complaint appealing the decision of the Commissioner of Social Security denying his request for waiver of recovery of an overpayment of disability insurance benefits. The case was referred to Magistrate Judge Gorenstein for a report and recommendation. On July 12, 2016, Judge Gorenstein issued a report and recommendation (the "Report") recommending that the Commissioner's motion for judgment on the pleadings be granted. Neither party filed objections to the Report.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Parties may object to a magistrate judge's recommended findings "[w]ithin 14 days after being served with a copy of the recommended disposition." Fed. R. Civ. P. 72(b)(2). "When the parties make no objections to the Report, the Court may adopt the Report if 'there is no clear error on the face of the record.'" *Smith v. Corizon Health Services*, No. 14-CV-8839 (GBD), 2015 WL 6123563, at *1 (S.D.N.Y. Oct. 16, 2015) (quoting *Adee Motor Cars, LLC v. Amato*, 388 F. Supp. 2d 250, 253 (S.D.N.Y. 2005)). "Furthermore, if as here . . . the magistrate judge's report states that failure to object will preclude appellate review and no objection is made within the allotted time, then the failure to object

generally operates as a waiver of the right to appellate review. As long as adequate notice is provided, the rule also applies to *pro se* parties." *Hamilton v. Mount Sinai Hosp.*, 331 F. App'x 874, 875 (2d Cir. 2009) (internal citations omitted).

As no objections to the Report were filed, the Court has reviewed Judge Gorenstein's well-reasoned Report for clear error. After careful review of the record, the Court finds no error and adopts the Report in its entirety. It is therefore ordered that the Commissioner's motion for judgment on the pleadings is granted. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:     August 1, 2016
           New York, New York

                                        _____
                                        Ronnie Abrams
                                        United States District Judge